| U.S. Department of Justice<br>United States Marshals Service | | PROCESS RECEIPT AND RETURN<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. | |
|---|---|---|---|
| PLAINTIFF<br>United States of America | | | COURT CASE NUMBER<br>CR-03-0191 (S-1)(SJ) |
| DEFENDANT<br>Nicholas Lupari | | | TYPE OF PROCESS<br>Release of Lis Pendens |

RECEIVED 2012 MAY 17 AM 11: 07

**SERVE** ➡ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
United States Marshals Service-EDNY

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
225 Cadman Plaza East, Brooklyn, NY 11201

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

LORETTA E. LYNCH, United States Attorney
Eastern District of New York
271 Cadman Plaza East, Seventh Floor
Brooklyn, New York 11201
Attn: AUSA Claire S. Kedeshian

Number of process served with this Form - 285
Number of parties to be served in this case
Check for service on U.S.A.

2012 MAY 30 AM 11:30 U.S. DISTRICT COURT EASTERN DISTRICT OF NEW YORK FILED CLERK

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):
Fold                                                                                                                            Fold

Please file the Attorney Affirmation Cancelling Lis Pendens at the Office of the Richmond County Clerk located at 130 Stuyvesant Place - 2nd Fl., Staten Island, NY 10301, on real property owned by Nicholas Lupari, and located at 77 Todt Hill Road, Staten Island, NY 10314, Block 00694, Lot 00039.
CATS ID# 03-FBI-003019

Signature of Attorney or other Originator requesting service on behalf of:
*Claire Kedeshian* by DB  AUSA Claire Kedeshian
☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: (718) 254-6051
DATE: 05/17/2012

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated.<br>(Sign only first USM 285 if more than once USM 285 is submitted) | Total Process | District of Origin No. 53 | District to Serve No. 53 | Signature of Authorized USMS Deputy or Clerk | Date 5/17/12 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
Richmond County Clerk's Office

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 5/24/12   Time: 12:00 pm
Signature of U.S. Marshal or Deputy ___ 13579

| Service Fee 53 | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges 53 | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:
5/24/12 Release of Lis Pendens filed in Richmond County Clerk's Office.

| PRIOR EDITIONS<br>MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

03-0191-5